# UNITED STATES DISTRICT COURT
for the

Western District of Arkansas

United States of America )
v. )
)   Case No: 2:01CR20003
Jesus Jimenez )   USM No: 04413-108
)   pro se
Date of Previous Judgment: January 12, 2004 )   Defendant's Attorney
(Use Date of Last Amended Judgment if Applicable)

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __78__ months **is reduced to** __63 months__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 26 | Amended Offense Level: | 24 |
| Criminal History Category: | III | Criminal History Category: | III |
| Previous Guideline Range: | 78 to 97 months | Amended Guideline Range: | 63 to 78 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☑ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated __01/12/2004__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: March 18, 2008

Effective Date: _____
(if different from order date)

Honorable Robert T. Dawson, U.S. District Judge
Printed name and title

DISTRICT COURT
DISTRICT ARKANSAS
FILED
MAR 18 2008
CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK